UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSIAS ALEXIS ANGEL ABARCA,
Petitioner,
v.
KIMBERLY THORNTON, et al.,
Respondents.

Case No. 26-cv-10908-VC

**ORDER TO SHOW CAUSE**

Abarca raises one claim in this petition: There was insufficient evidence to support the lying-in-wait special circumstance that applied to his murder conviction, and therefore his Fourteenth Amendment due process right was violated. It does not appear from the face of the petition that it is clearly without merit. Good cause appearing, the court hereby issues the following orders:

1. The clerk shall serve electronically a copy of this order upon the respondent and the respondent's attorney, the Attorney General of the State of California, at the following email addresses: SFAWTParalegals@doj.ca.gov and SFAGDocketing@doj.ca.gov. The Petition and the exhibits thereto are available via the Electronic Case Filing System for the Northern District of California.

2. No later than sixty days from the date of this Order, the respondent shall file with this court and serve upon Abarca an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. The respondent shall file with the Answer all portions of the state record that have been transcribed previously and are relevant to a determination of the issues presented by the petition.

3. If Abarca wishes to respond to the Answer, he shall do so by filing a Traverse with the court and serving it on the respondent within thirty days of his receipt of the Answer. If he does not do so, the petition will be deemed submitted and ready for decision on the date the Traverse is due.

4. No later than sixty days from the date of this Order, the respondent may file with this court and serve upon Abarca a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If the respondent files such a motion, Abarca shall file with the court and serve on the respondent an opposition or statement of non-opposition to the motion within thirty days of receipt of the motion, and the respondent shall file with the court and serve on Abarca a reply within fourteen days of receipt of an opposition.

5. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than three days prior to the deadline sought to be extended.

**IT IS SO ORDERED.**

Dated: October 15, 2026

VINCE CHHABRIA
United States District Judge